IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>SKYLER F. SANDERS<br><br>     Defendant. | 8:19CR318<br><br>ORDER |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [46]. The court held a hearing on the motion. The defendant was present with his attorney Glen Shapiro. The government was represented by Susan Lehr. Defense counsel seeks additional time to review the DNA evidence and seek an independent DNA expert to review and potentially testify. For good cause shown.

  **IT IS ORDERED** that the defendant's unopposed Motion to Continue Trial [46] is granted, as follows:

1. The jury trial, now set for July 28, 2020, is continued to **August 18, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 18, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

  Dated this 24th day of July 2020.

              BY THE COURT:

              s/Susan M. Bazis
              United States Magistrate Judge