**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:19CR318** |
| vs. | ) | |
| | ) | **ORDER** |
| **SKYLER F. SANDERS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the court on the government's Motion to Continue Trial [64]. Counsel for the government states due to safety precautions in place because of the Coronavirus pandemic, the jury selection in Federal District of Nebraska jury trials has been taking almost an entire business day to complete. An essential witness to the plaintiff's case will be out of town and unavailable for trial March 3 and March 4. Based on witness availability and plaintiff's schedule of trials certain to go, a continuance of this trial is requested. Defendant's counsel does not objection to the trial in this matter being continued. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [64] is granted, as follows:

1. The jury trial, now set for March 2, 2021 is continued to **May 4, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 4, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny the government continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **February 24, 2021.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED: February 18, 2021.**

**BY THE COURT:
s/ Susan M. Bazis
United States Magistrate Judge**